UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSH THOMAS,<br><br>        Plaintiff,<br><br>    v.<br><br>BRIAN ROBERTS, et al.,<br><br>        Defendants. | No. 2:16-cv-0724 CKD P<br><br><br>ORDER |

Plaintiff is a California prisoner proceeding pro se with a civil action. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff has consented to have all matters in this action before a United State Magistrate Judge. See 28 U.S.C. § 636(c).

Plaintiff has requested leave to proceed in forma pauperis. Title 28 U.S.C. § 1915(g) reads as follows:

> In no event shall a prisoner bring a civil action . . . [in forma pauperis] if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

A review of court records from this court reveals that, while incarcerated, and before this action was filed, plaintiff had three actions dismissed specifically for failure to state a claim upon

1

which relief can be granted: 1:99-cv-5350 AWI LJO P; 1:04-cv-5793 MJS P; and 1:15-cv-0527 LJO DLB P.  There is no allegation by plaintiff in his complaint that he is under imminent danger of serious physical injury.

In light of the foregoing, plaintiff's request for leave to proceed in forma pauperis will be denied.  Plaintiff will be granted fourteen days within which to pay the filing fee for this action.  Failure to pay the filing fee within fourteen days will result in dismissal.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 6) is denied.

2. Plaintiff is granted fourteen days within which to pay the $400 filing fee for this action.  Failure to pay the filing fee within fourteen days will result in dismissal.

Dated:  May 16, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
thom0724.3ks

2