1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  JOSH THOMAS,                              No.  2:16-cv-0724 CKD P

12                 Plaintiff,

13        v.                                  ORDER

14  BRIAN ROBERTS, et al.,

15                 Defendants.

16

17        On October 21, 2016, plaintiff's complaint was dismissed with leave to file an amended

18  complaint.  The amended complaint was due May 17, 2017 and plaintiff was warned that failure

19  to file an amended complaint by that date would result in dismissal.  Plaintiff has not filed an

20  amended complaint, nor explained why not.

21        Plaintiff has consented to having all matters in this action before a United States

22  Magistrate Judge.  See 28 U.S.C. § 636(c).

23        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

24  See Local Rule 110; Fed. R. Civ. P. 41(b).

25  Dated:  June 1, 2017

26                                    _____
                                      CAROLYN K. DELANEY
27                                    UNITED STATES MAGISTRATE JUDGE

28  1/thom0724.fta